## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

SHEILA RAE HILL,  :

    Plaintiff,  :  Case No. 2:07-cv-1289

v.  :  Judge Holschuh

MICHAEL J. ASTRUE,  :  Magistrate Judge Abel
Commissioner of Social Security,
    :
    Defendant.
    :

## ORDER

On November 6, 2008, Magistrate Judge Abel issued a *Report and Recommendation* recommending that the decision of the Commissioner be affirmed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED**. The decision of the Commissioner is **AFFIRMED** and this action is hereby **DISMISSED.**

### IT IS SO ORDERED.

Date: January 14, 2009            **/s/ John D. Holschuh**
                                                             John D. Holschuh, Judge
                                                             United States District Court